(April 8, 1983)

■ In the Matter of Ida J. Versaci, Petitioner, v Zygmond L. Slezak, as Commissioner of New York State Office of Mental Retardation and Developmental Disabilities, Respondent. — Motion to dismiss appeal granted, without costs. Since the order sought to be appealed is, essentially, a temporary restraining order contained in an order to show cause, it is not appealable (see *Matter of State of New York v Fuller*, 31 AD2d 71). Motion for permission to appeal, treated as motion, pursuant to CPLR 5704 (subd [a]), to vacate temporary restraining order contained in order to show cause dated March 7, 1983, granted, without costs. Such restraining order was improperly obtained since essentially the same relief had already been denied by a court of co-ordinate jurisdiction. Mahoney, P. J., Sweeney, Kane, Main and Levine, JJ., concur.

(April 12, 1983)

1 In the Matter of the Claim of Helen Ehrenpreis, Appellant. Lillian Roberts, as Commissioner of Labor, Respondent. — Motion to dismiss appeal as untimely taken granted, without costs (see Labor Law, § 624). Mahoney, P. J., Sweeney, Kane, Casey and Weiss, JJ., concur.

(April 19, 1983)

■ Servidone Construction Corp., Respondent, v Security Insurance Company of Hartford, Appellant, et al., Defendant. — Motion, insofar as it seeks to dismiss appeal from order entered August 19, 1980, granted, without costs. Since appellant took an appeal from such order and subsequently abandoned that appeal (see 22 NYCRR 800.12), issues which could have been raised thereon may not be raised on this appeal (see *Bray v Cox*, 38 NY2d 350; *Marcello v Marcello*, 92 AD2d 687; *De Ronda v Greater Amsterdam School Dist.*, 91 AD2d 1008). Motion insofar as it seeks to dismiss appeal from order entered September 10, 1981, granted, without costs, since it appears that a timely appeal was not taken from such order. Motion insofar as it seeks to dismiss appeal from judgment entered upon order entered September 10, 1981, denied, without costs. Since it appears that such judgment was not served with notice of entry, the appeal was not untimely taken. The order entered September 10, 1981, may be reviewed on this appeal (CPLR 5501, subd [a], par 1; see *Austrian Lance & Stewart v Jackson*, 50 AD2d 735). Cross motion denied, without costs. Mahoney, P. J., Sweeney, Kane, Main and Levine, JJ., concur.